| | | | | |
|---|---|---|---|---|
| Buford v. State | 22A04–1610–CR–2377 | 05/25/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Washington v. State | 49A05–1610–CR–2400 | 05/25/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Barber v. State | 49A05–1608–CR–1847 | 05/25/2017 | BAILEY, J.<br><br><br><br><br><br>VAIDIK, C.J.<br>ROBB, J. | Affirmed in part, reversed in part, and remanded with instructions<br>Concurs<br>Concurs |
| Stephens v. State | 45A04–1612–CR–2927 | 05/25/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Reversed and remanded<br>Concurs<br>Concurs |
| Coley v. Dayspring Center | 49A04–1608–CC–1780 | 05/25/2017 | PYLE, J.<br>MAY, J.<br>BROWN, J. | Affirmed<br>Concurs<br>Concurs |
| Youngs v. State | 39A01–1701–CR–116 | 05/25/2017 | RILEY, J.<br>NAJAM, J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Getche v. Kimbler | 61A04–1611–PO–2713 | 05/25/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Reversed<br>Concurs<br>Concurs |
| Loud v. Martinez–Ruiz | 49A02–1611–DR–2683 | 05/25/2017 | BRADFORD, J.<br><br><br><br><br><br><br><br>BAKER, J.<br>RILEY, J. | Affirmed in part, reversed in part, and remanded for further proceedings consistent with this decision<br>Concurs<br>Concurs |
| Whatley v. State | 49A02–1512–PC–2338 | 05/25/2017 | ALTICE, J.<br>RILEY, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |